IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-mj-135-SRW |
| | ) | |
| SIMONETTA GARTH | ) | UNDER SEAL |

## MOTION TO SEAL PETITION

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and moves this Honorable Court to seal the Petition filed by the United States on or about December 5, 2006, and the proposed Order which was attached. The United States further moves this Honorable Court to seal the Order granting the Petition when it is filed by the Court.

Respectfully submitted this the 5th day of December, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

VERNE H. SPEIRS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax