# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> V. <br><br> SIMONETTA GARTH, DEFENDANT. | CASE NUMBER <br><br> 2:06-MJ-00135-SRW |

## NOTICE OF APPEARANCE AS COUNSEL

**COMES NOW,** Daniel G. Hamm, and hereby gives his notice of appearance as retained counsel for the Defendant.

**RESPECTFULLY SUBMITTED** this the 5th day of December, 2006.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE     334-269-0269
FAX           334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Notice of Appearance as Counsel by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorney named below or parties if not represented by counsel.

**DONE** this the 5th day of December, 2006.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

Verne Speirs
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197