# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA
V.
SIMONETTA GARTH

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 2:06mj135-SRW

I, __Simonetta Garth__, charged in a  X  complaint  ☐ petition pending in this District __possession with intent to distribute controlled substance__

in violation of __21__, U.S.C., __841(a)(1)__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a    X examination   ☐ hearing  , do hereby waive (give up) my right to a preliminary  X examination  ☐ hearing.

_____
Defendant

_12-7-06_
Date

_____
Counsel for Defendant