| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

☐ INITIAL APPEARANCE  DATE: December 7, 2006
√ BOND HEARING
☐ DETENTION HEARING  Digital Recording 1:38 - 1:42
☐ PRELIMINARY (EXAMINATION)(HEARING)
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

---

PRESIDING MAG. JUDGE: Susan Russ Walker    DEPUTY CLERK: Joyce Taylor

CASE NO. 2:06mj135-SRW    DEFENDANT NAME: Simonetta Garth

AUSA: Verne Speirs    DEFT. ATTY: Dan Hamm

Type Counsel: (√)Retained; ( ) CJA; ( ) Waived; ( ) FPD

USPO/USPTS: Tamara Martin

Interpreter needed: ( √ ) NO; ( )YES   Name:

---

☐  Date of Arrest or ☐ Arrest Rule 40
☐  Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator
☐  Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐  ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed
☐  Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐  Deft. Advises he will retain counsel.  Has retained _____
☐  ☐ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed
☐  Detention Hearing ☐ held
☐  ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered
☐  ORDER OF DETENTION HEARING PENDING TRIAL to be entered
√  Release order entered.  Deft advised of conditions of release
√  √ BOND EXECUTED (M/D AL charges) $25,000.00. Deft released
   ☐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered
☐  Bond not executed.  Defendant to remain in Marshal's custody
☐  Deft. ORDERED REMOVED to originating district
√  Waiver of √ preliminary hearing; ☐ Waiver Rule 40 hearing
☐  Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury
☐  ARRAIGNMENT ☐HELD. Plea of NOT GUILTY entered. ☐Set for
   DISCOVERY DISCLOSURE DATE:
☐  WAIVER of Speedy Trial.    CRIMINAL TERM:
☐  NOTICE to retained Criminal Defense Attorney handed to counsel

** Government's ORAL MOTION to withdraw motion for detention hearing.  Court's ORAL ORDER granting Government's ORAL MOTION to withdraw motion for detention hearing.